IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JUSTIN LEE HARRIS**                                                    **PLAINTIFF**

**VERSUS**                                      **CIVIL ACTION NO. 5:23-cv-00099-DCB-BWR**

**MAJOR UNKNOWN DANIELS, et al.**                               **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g). Plaintiff Justin Lee Harris is advised that, if he receives three strikes, "he may not proceed [*in forma pauperis*] in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury." *Adongo v. Tex.*, 124 F. App'x 230, 232 (5th Cir. 2005) (citing 28 U.S.C. § 1915(g)).

**SO ORDERED**, this 20th day of December, 2023.

                                                        /s/ David Bramlette_____
                                                        UNITED STATES DISTRICT JUDGE